UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re:<br>JACQUELYNN DAWN REPOLA,<br>Debtor | Case No:   18-10053 - KHT<br><br>Chapter   7 |
| U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR HARBORVIEW MORTGAGE LOAN TRUST 2005-1, MORTGAGE LOAN PASS THROUGH CERTIFICATES, SERIES 2005-1,<br>Creditor<br>vs.<br>JACQUELYNN DAWN REPOLA and JEFFREY L. HILL,<br>Trustee<br>Respondents | |

### NOTICE OF MOTION FOR ABANDONMENT OF PROPERTY
### OBJECTION DEADLINE: May 16, 2018

YOU ARE HEREBY NOTIFIED that U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR HARBORVIEW MORTGAGE LOAN TRUST 2005-1, MORTGAGE LOAN PASS THROUGH CERTIFICATES, SERIES 2005-1 has filed a Motion for Abandonment of Property with the bankruptcy court and requests the following relief:
That the Court order the property (hereinafter "Property") described as

LOT 68, MOUNTAIN VIEW II, COUNTY OF JEFFERSON, STATE OF COLORADO.
Purported Common Address: 8966 W REMINGOTN PL, LITTLETON, CO 80128-8318.

be deemed abandoned by the Trustee.

If you oppose the motion or object to the requested relief of your objection and request for hearing must be filed on or before the objection deadline stated above, served on the movant at the address indicated below, and must state clearly all objections and any legal basis for the objections. The court will not consider general objections.

In the absence of a timely, substantiated objection and request for hearing by an interested party, the court may approve or grant the requested relief without any further notice to creditors or other interested parties.
Dated: May 2, 2018

                                      Janeway Law Firm, P.C.
                                      Attorneys for U.S. BANK NATIONAL ASSOCIATION,
                                      AS TRUSTEE FOR HARBORVIEW MORTGAGE LOAN
                                      TRUST 2005-1, MORTGAGE LOAN PASS THROUGH
                                      CERTIFICATES, SERIES 2005-1

                                      Lynn M. Janeway #15592
                                      David R. Doughty #40042
                                      Elizabeth S. Marcus #16092
                                      Alison L. Berry #34531

Nicholas H. Santarelli #46592
9800 S. Meridian Blvd., Suite 400
Englewood, CO 80112
Phone: (303) 706-9990 Fax: (303) 706-9994
bankruptcy@janewaylaw.com
JLF No.: 18-018274

Certificate of Service

The undersigned hereby certifies that on May 2, 2018:

1) A copy of the Motion for Abandonment with exhibits, Notice and proposed Order was deposited into U.S. mail in an envelope with prepaid, first class postage and addressed to the parties against whom relief is sought pursuant to Fed.R.Bankr.P 9013 and L.B.R. 9013-1, as follows:

JACQUELYNN DAWN REPOLA
8966 W. REMINGTON PLACE
LITTLETON, CO 80128

ROBERTSON B. COHEN
1720 S. BELLAIRE ST.
STE. 205
DENVER, CO 80222

JEFFREY L. HILL
11911 N. HWY 83
STE. 207
PARKER, CO 80134

BANK OF AMERICA
NC4-105-03-14
PO BOX 26012
GREENSBORO, NC 27410

MARK SPIVEY
2453 OLDE BRIDGE ROAD
LEXINGTON, KY 40513

JPMORGAN CHASE BANK, NA
2696 SOUTH COLORADO BLVD.
DENVER, CO 80222

NEWTEK SMALL BUSINESS FINANCE, LLC
1981 MARCUS AVE SUITE 130
LAKE SUCCCESS NY, 11402

AND

2) A copy of the Notice in accordance with Fed.R.Bankr.P. 2002 on parties in interest contained on the attached creditor mailing matrix, which is a copy of the Court's Creditor Address Mailing Matrix for this case, obtained from PACER.

_____
Zack Schroeder

Label Matrix for local noticing
1082-1
Case 18-10053-KHT
District of Colorado
Denver
Wed Apr 25 12:41:50 MDT 2018

US Bankruptcy Court
US Custom House
721 19th St.
Denver, CO 80202-2508

Aegis Creative Communications, Inc.
8966 W. Remington Place
Littleton, CO 80128-8318

Alltran Financial, LP
5800 North Course Dr
Houston, TX 77072-1613

Alltran Financial, LP
PO Box 722929
Houston, TX 77272-2929

American Express
P.O. Box 650448
Dallas, TX 75265-0448

American Express Bank, FSB
c/o Becket and Lee LLP
PO Box 3001
Malvern PA 19355-0701

American Express National Bank
c/o Becket and Lee LLP
PO Box 3001
Malvern PA 19355-0701

Amex
Correspondence
Po Box 981540
El Paso, TX 79998-1540

Amit Bar-Or
Department of Neurology
3400 Spruce Street - 3 Dulles Building
Philadelphia, PA 19104-4229

Amit Bar-Or Consulting, Inc.
4827 De Maisonneuve Blvd. West
Westmount, Quebec H3Z1M4

Apple Financial Services
300 E. John Carpenter Freeway
Irving, TX 75062-2727

Bank Of America
Nc4-102-03-14
Po Box 26012
Greensboro, NC 27420-6012

Bank Of America
Nc4-105-03-14
Po Box 26012
Greensboro, NC 27420-6012

Bank of America, N.A
PO Box 26249
Tampa, FL 33623-6249

Chase Card
Po Box 15298
Wilmington, DE 19850-5298

Colorado Department of Revenue
1375 Sherman St.
Denver, CO 80261-0004

Colorado Department of Revenue
PO Box 17087
Denver, CO 80217-0087

Comcast Business
9602 S 300 W. Ste. B
Sandy, UT 84070-3302

Craig H. Smith and Mary S. Heffernan
Fox Rothschild LLP,
c/o Maria A. Milano
1001 4th Ave. Suite 4500
Seattle, WA 98154-1192

Craig Smith
1507 42nd Avenue East
Seattle, WA 98112-3821

Craig Smith & Mary Heffernan
1507 42nd Avenue East
Seattle, WA 98112-3821

Daniel L Hancock, Jr.
8966 W Remington Place
Littleton, CO 80128-8318

Eldorado Artesian Springs, Inc.
1783 Dogwood Street
Louisville, CO 80027-3085

Fox Rothschild, LLP
1001 Fourth Avenue, Suite 4500
Seattle, WA 98154-1192

Internal Revenue Service
Centralized Insolvency Operation
P. O. Box 7346
Philadelphia, PA 19101-7346

Internal Revenue Service
P.O. Box 37900
Hartford, CT 06176-7900

JPMorgan Chase Bank, NA
2696 South Colorado Blvd.
Denver, CO 80222-5945

Jedeane MacDonald
739 Galapago
Denver, CO 80204-4418

Jones & Keller, P.C.
1999 Broadway
Suite 3150
Denver, CO 80202-5736

| | | |
|---|---|---|
| Mark Spivey<br>2453 Olde Bridge Road<br>Lexington, KY 40513-9740 | Nationstar Mortgage LLC<br>Attn Bankruptcy<br>8950 Cypress Waters Blvd<br>Coppell, TX 75019-4620 | Nationstar Mortgage, LLC<br>d/b/a Mr. Cooper<br>8950 Cypress Waters Blvd.<br>Coppell, TX 75019-4620 |
| Nordstrom Signature Visa<br>Colorado Service Center<br>Po Box 6555<br>Englewood, CO 80155-6555 | Oxford University Press USA<br>2001 Evans Road<br>Cary, NC 27513-2010 | Peter Sheffer, DMD & Karen O'Donnell<br>55 Osceola Notch Road<br>Richmond, MA 01254-5215 |
| Redstone Ridge Homeowners Association<br>PO Box 270487<br>Littleton, CO 80127-0009 | Sherman & Howard, LLC<br>633 17th Street<br>Suite 3000<br>Denver, CO 80202-3622 | Subaru Motors Finance<br>c/o Chase<br>PO Box 78076<br>Phoenix, AZ 85062-8076 |
| The Hartford<br>Lockbox 0234<br>PO Box 7247<br>Philadelphia, PA 19170-0234 | US Trustee<br>Byron G. Rogers Federal Building<br>1961 Stout St.<br>Ste. 12-200<br>Denver, CO 80294-6004 | Victoria Campbell<br>1515 S. Josephine Street<br>Denver, CO 80210-2808 |
| Wells Fargo<br>Payment Remittance Center<br>PO Box 51174<br>Los Angeles, CA 90051-5474 | Xcel Energy<br>P.O. Box 9477<br>Minneapolis, MN 55484-9477 | XpressShred, LLC<br>2707 W. Mansfield Ave<br>Englewood, CO 80110-8639 |
| Jacquelynn Dawn Repola<br>8966 W. Remington Place<br>Littleton, CO 80128-8318 | Jeffrey L. Hill<br>11911 N. Hwy 83<br>Ste. 207<br>Parker, CO 80134-9076 | Robertson B. Cohen<br>1720 S. Bellaire St.<br>Ste. 205<br>Denver, CO 80222-4327 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE | (d)Aegis Creative Communications, Inc.<br>8966 W. Remington Place<br>Littleton, CO 80128-8318 | (u)Newtek Small Business Finance, LLC<br>1981 Marcus Ave Suite 130<br>NY 11402 |
| (u)Craig Smith | End of Label Matrix<br>Mailable recipients    47<br>Bypassed recipients     4<br>Total                   51 | |